UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10088-CIV-MOORE/DUBÉ

**CONSENT CASE**

JOANNE D. HAYES,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**<u>MEMORANDUM ORDER</u>**

    THIS CAUSE is before this Court on the Motion for Summary Judgment filed by the Defendant (D.E. #22) pursuant to the consent of the parties and an Order of Reference entered by the Honorable K. Michael Moore, United States District Judge. The issue before the Court is whether the record contains substantial evidence to support the denial of benefits to the Plaintiff, Joanne D. Hayes (hereinafter "Hayes" or "Plaintiff").

    On March 3, 2004, Hayes filed an application for disability insurance benefits alleging a disability onset date of April 25, 2003. (R. 93-96).[1] The application was denied initially (R. 30-31, 68-71) and on reconsideration. (R. 28-29, 63-65). On November 13, 2006, a hearing was held before an ALJ. (R. 440-493). Following the hearing, the ALJ issued a decision denying the request for benefits. (R. 14-27). A request for review filed with the Appeals Council was denied. (R. 4-6).

    On October 1, 2007, the Complaint and Redacted Complaint were filed. (D.E. #1, #2). This

---

1. All references are to the record of the administrative proceeding filed as part of the Defendant's answer.

case was dismissed for want of prosecution by Judge Moore (D.E. #6), and on March 11, 2008, Judge Moore granted the Plaintiff's Motion to Vacate Order Dismissing Case for Want of Prosecution. (D.E. #8). The Defendant filed its Answer on May 15, 2008 (D.E. #11) and on May 16, 2008, this Court issued an Order requiring the filing of Motions for Summary Judgment by July 3, 2008. (D.E. #14). The Defendant filed two Motions for Enlargement of Time (D.E. #18, #20) and its Motion for Summary Judgment (D.E. #22). However, with the exception of the Notice of Joint Stipulation to Consent to Magistrate Jurisdiction (D.E. #15), nothing has been filed by the Plaintiff after the Defendant's Answer was filed and the times provided in the previous Orders have passed.

Based on the foregoing, this Court finds that the decision by the ALJ is supported by substantial evidence and that the correct legal standards were applied. Accordingly, it is ORDERED AND ADJUDGED as follows:

(1)   The Motion for Summary Judgment filed by the Defendant (D.E. #22) is **GRANTED**.

(2)   The decision of the Commissioner is **AFFIRMED**.

**DONE AND ORDERED** this ___6___ day of October, 2008.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE