UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10088-CIV-MOORE/DUBÉ

**CONSENT CASE**

JOANNE D. HAYES,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**FINAL JUDGMENT**

    Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure and in accordance with the Memorandum Order entered by this Court, final judgment is hereby entered in favor of the Defendant, Michael J. Astrue, Commissioner of Social Security and against the Plaintiff, Joanne D. Hayes.

    All pending motions are deemed **MOOT** and this case is hereby **CLOSED**.

    **DONE AND ORDERED** this ___6___ day of October, 2008.

                                              ROBERT L. DUBÉ
                                      UNITED STATES MAGISTRATE JUDGE